February 28, 2012



# JUDGMENT

## The Fourteenth Court of Appeals

JOHN C. OSBORNE AND THE LAW OFFICES OF JOHN C. OSBORNE, Appellants

NO. 14-11-01017-CV                    V.

DONALD M. HOLDEN, Appellee

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on August 25, 2011.  Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by JOHN C. OSBORNE AND THE LAW OFFICES OF JOHN C. OSBORNE.

We further order this decision certified below for observance.